NOT FOR PUBLICATION                                                                    **CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| PERRY, | Hon. Faith S. Hochberg |
| Plaintiff, | Civil No. 05-5528 (FSH) |
| v. | **OPINION & ORDER** |
| US POST OFFICES, et al. | Date: January 6, 2006 |
| Defendants. | |

**HOCHBERG, District Judge:**

      This matter having been raised by Plaintiff seeking an application to proceed without prepayment of fees under 28 U.S.C. §1915; and this Court having granted Plaintiff's application to proceed *in forma pauperis* pursuant to an Order dated December 13, 2005; and this Court having *sua sponte* screened the Complaint pursuant to 28 U.S.C. §1915(e)(2)(B) to determine if it is frivolous or fails to state a claim; and this Court having ordered that Plaintiff may amend his Complaint to state a valid cause of action by December 27, 2005, or the Complaint will be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B); and

      it appearing that Plaintiff's Amended Complaint sets forth essentially the same allegations as his prior complaint; and

      it appearing that Plaintiff's Amended Complaint is frivolous in that, giving Plaintiff all reasonable inferences, the Amended Complaint raises no federal grounds upon which relief may be granted;

**IT IS** on this 6th day of January 2006,

**ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B); and it is further

**ORDERED** that this case is **CLOSED**.

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**